Official Form 201A (12/15)

# United States Bankruptcy Court
## District of Massachusetts

In re  **Petrolex Management, LLC**　　　　　　　　　　　　　　　　Case No. **16-41322**
　　　　　　　　　　　　　　Debtor(s)　　　　　　　　　　　　　　　Chapter  **11**

## Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11

1. If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is **N/A**.

2. The following financial data is the latest available information and refers to the debtor's condition on 07/27/2016.

   a. Total assets　　　　　　　　　　　　　　　　　　　　　　　　　$　　　　　　**1,400,000.00**

   b. Total debts (including debts listed in 2.c., below)　　　　　　　　$　　　　　　**2,300,000.00**  (e)

   c. Debt securities held by more than 500 holders:  N/A　　　　　　　　　　　　　　　Approximate number of holders:

| | | | | | | |
|---|---|---|---|---|---|---|
| secured | ☐ | unsecured | ☐ | subordinated | ☐ | $ 0.00　　0 |
| secured | ☐ | unsecured | ☐ | subordinated | ☐ | $ 0.00　　0 |
| secured | ☐ | unsecured | ☐ | subordinated | ☐ | $ 0.00　　0 |
| secured | ☐ | unsecured | ☐ | subordinated | ☐ | $ 0.00　　0 |
| secured | ☐ | unsecured | ☐ | subordinated | ☐ | $ 0.00　　0 |

   d. Number of shares of preferred stock　　　　　　　　　　　　　　　　0　　　　　　0

   e. Number of shares common stock　　　　　　　　　　　　　　　　　　0　　　　　　0

   　Comments, if any:

3. Brief description of Debtor's business:  Ownership and operation of Real Estate.

4. List the name of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:

   Samer Biloune
   Imad Bassabni